UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:16-cr-93-FtM-38MRM

CARLOS CHAVEZ-ARTEGA

### **ORDER**

This matter comes before the Court on the Motion to Waive Pre-Sentence Investigation Pursuant to Federal Rule of Criminal Procedure Rule 32(c)(1)(A)(ii) (Doc. 44) filed on February 15, 2017 and the Unopposed Corrected Motion to Waive Pre-Sentence Investigation Pursuant to Federal Rule of Criminal Procedure Rule 32(c)(1)(A)(ii) (Doc. 45) filed on February 16, 2017.  Counsel moves the court to waive the presentence report filed by the Probation Department.  As grounds, Counsel indicates defendant has been in custody since October 19, 2017[1].  Sentencing has been scheduled for May 1, 2017.  Counsel further indicates that based upon the offense of conviction and defendant's lack of criminal history, it is likely the defendant will have a guideline sentence of zero (0) to six (6) months.

The Court, having considered the motion, is not inclined to waive the PSR requirement as it is a vital compilation of information useful to the Court in sentencing Defendants.  The Court will, however, consider an expedited scheduling of the sentencing hearing once Probation has prepared the PSR.

Accordingly, it is now

---

[1] The Court granted the Government's Motion to Revoke Bond and ordered the defendant to surrender himself to the US Marshals on October 19, 2017.  Defendant has remained in custody since that time.

**ORDERED:**

The Motion to Waive Pre-Sentence Investigation Pursuant to Federal Rule of Criminal Procedure Rule 32(c)(1)(A)(ii) (Doc. 44) filed on February 15, 2017 and the Unopposed Corrected Motion to Waive Pre-Sentence Investigation Pursuant to Federal Rule of Criminal Procedure Rule 32(c)(1)(A)(ii) (Doc. 45) are **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this 22nd day of February, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record